THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ROBERTO BETANCOURT, <br><br> Defendant. | No. CR21-171-JCC-2 <br><br> (~~PROPOSED~~) ORDER GRANTING MOTION FOR ORDER MODIFYING SUPERVISED RELEASE TO AUTHORIZE TRAVEL TO MEXICO |

THIS MATTER has come before the Court on Roberto Betancourt's motion for an order modifying his supervised release to authorize his to travel to Mexico (**Dkt No. 70**). The Court has reviewed the motion in this case.

THE COURT GRANTS the motion and ORDERS that Mr. Betancourt's supervised release be modified to allow him to travel to Mexico between January 9, 2025, and February 28, 2025.

DATED this 8th day of January 2025.

*[signature: John C Coughenour]*

_____
JOHN C. COUGHENOUR
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Nancy Tenney*
Assistant Federal Public Defender
Attorney for Roberto Betancour

ORDER GRANTING MOTION FOR ORDER
MODIFYING SUPERVISED RELEASE TO
AUTHORIZE TRAVEL TO MEXICO
(*United States v. Betancourt*; CR21-171-JCC) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, WA 98101
(206) 553-1100